IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| ALJERIA CAMPBELL, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:11cv0089 SWW |
| | * | |
| | * | |
| ARKANSAS DEPARTMENT OF | * | |
| HUMAN SERVICES, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 19th day of April 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE